No. 08-1120. **American Home Products Corporation, dba Wyeth, et al., Petitioners v. Marcelo A. Ferrari, et al.**

562 U.S. 1254, 131 S. Ct. 1567, 179 L. Ed. 2d 471, 2011 U.S. LEXIS 1894.

February 28, 2011. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the Supreme Court of Georgia for further consideration in light of Bruesewitz v. Wyeth LLC, 562 U.S. 223, 131 S. Ct. 1068, 179 L. Ed. 2d 1 (2011). Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 284 Ga. 384, 668 S.E.2d 236.

No. 10-668. **Mary Robyn Priester, Petitioner v. Ford Motor Company.**

562 U.S. 1254, 131 S. Ct. 1570, 179 L. Ed. 2d 471, 2011 U.S. LEXIS 1833.

February 28, 2011. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the Supreme Court of South Carolina for further consideration in light of Williamson v. Mazda Motor of America, Inc., 562 U.S. 323, 131 S. Ct. 1131, 179 L. Ed. 2d 75 (2011).

Same case below, 388 S.C. 425, 697 S.E.2d 567.

No. 10-681. **United States, Petitioner v. Donahue Dewar and Sharon King.**

562 U.S. 1254, 131 S. Ct. 1570, 179 L. Ed. 2d 471, 2011 U.S. LEXIS 1815, ▮

February 28, 2011. Motion of respondents for leave to proceed in forma pauperis granted. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of Abbott v. United States, 562 U.S. 8, 131 S. Ct. 18, 178 L. Ed. 2d 348 (2010). Justice Sotomayor and Justice Kagan took no part in the consideration or decision of these motions and this petition.

Same case below, 375 Fed. Appx. 90.

No. 10M59. **C. M., Petitioner v. West Virginia Department of Health and Human Resources, et al.**

562 U.S. 1254, 131 S. Ct. 1591, 179 L. Ed. 2d 471, 2011 U.S. LEXIS 1832.

February 28, 2011. Renewed motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 10M75. **Juan F. Evans, Petitioner v. William K. Suter, Clerk, Supreme Court of the United States, et al.**

562 U.S. 1254, 131 S. Ct. 1591, 179 L. Ed. 2d 471, 2011 U.S. LEXIS 1870.

February 28, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.